IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIANIS VELEZ | : | |
| | : | |
| v. | : | NO.: |
| | : | |
| THERESA DEGUISTO | : | |

## NOTICE OF REMOVAL

Defendant Theresa DeGuisto ("Allstate"), by her attorneys, Ryan, Brown, Berger & Gibbons, P.C., hereby submits this Notice of Removal and in support thereof avers as follows:

1. This action originally filed in the Philadelphia County Court of Common Pleas, Docket No. May Term, 2023; No. 01645, seeks financial compensation for economic and non-economic losses arising out of a February 14, 2022 motor vehicle accident in which defendant, Theresa DeGuisto, was the alleged driver of a vehicle which collided with Plaintiff, Arianis Velez's vehicle allegedly causing her to sustain serious injuries. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

2. Plaintiff avers that she is a citizen of the Commonwealth of Pennsylvania residing at 7608 Dorcas Street, Philadelphia, PA 19111.

3. Defendant is a resident of the State of New York, residing at 40 Andrea Lane, Thornwood, NY 10594.

4. Accordingly, there is complete diversity between the parties pursuant to 28 U. S. C. sec. 1332.

5. Defendant was served by Plaintiff via FedEx on May 17, 2023.

6.       This Notice of Removal has been timely filed within 30 days of service upon Defendant.

7.       In the Complaint attached hereto as Exhibit "A," Plaintiff's alleged damages, if proven, are in excess of $75,000.

8.       The Philadelphia County Court of Common Pleas has original diversity jurisdiction of this action pursuant to 28 U.S.C. §1332, because the parties to this action are citizens of different states and, accordingly, this civil action may be removed pursuant to 28 U.S.C. §1441 which provides a right to removal of any such action to the federal district court for the district "embracing the place where such action is pending" which has original jurisdiction over the matter.  The Eastern District of Pennsylvania is the federal district that embraces Philadelphia County, PA.

9.       All of the requirements for removal are met in this matter because there is complete diversity between Plaintiff and Defendant and, accordingly, jurisdiction in this matter is proper under 28 U.S.C. §1332.

WHEREFORE, Defendant, Theresa DeGuisto, respectfully requests that Plaintiffs' action be removed to this Court.

Respectfully submitted,

RYAN, BROWN, BERGER & GIBBONS, P.C.

By *Mitchell S. Berger*
_____
Mitchell S. Berger, Esquire
Attorneys for Defendant,
Theresa DeGuisto
1600 Market Street, 14th Floor
Philadelphia, PA 19103-7240
(215) 564-3800
(215) 564-1307 - fax
berger@ryanbrown.com

Dated:  06/09/2023