IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARIANIS VELEZ,**<br>        **Plaintiff,**<br><br>        v.<br><br>**THERESA DEGUISTO,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-2224** |

## O R D E R

**AND NOW**, this 11th day of July, 2023, upon receipt of (ECF #8), this matter having been removed from the Philadelphia Court of Common Pleas by the Defendant on the basis that there is complete diversity between Plaintiff and Defendant and that, accordingly jurisdiction is proper under 20 U.S.C § 1332, the parties having agreed that the damages in this matter shall be capped at $75,000.00, it is **HEREBY ORDERED** that the matter is **REMANDED** to the Philadelphia Court of Common Pleas.  The Clerk of Court is directed to **TERMINATE** the matter.

        BY THE COURT:


        /s/Wendy Beetlestone, J.


        _____
        **WENDY BEETLESTONE, J.**